NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ISAAC A. POTTER, JR.,**
*Plaintiff-Appellant,*

**v.**

**ROBERTA S. BREN AND OBLON SPIVAK,**
*Defendants-Appellees,*

AND

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, AND LINDA M. KING,**
*Defendants-Appellees.*

---

2014-1379

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-01417-CMH-IDD, Senior Judge Claude M. Hilton.

-------------------------------------------------------------------

**ISAAC A. POTTER, JR.,**
*Plaintiff-Appellant,*

**v.**

**ROBERTA S. BREN** AND **OBLON SPIVAK,**
*Defendants-Appellees,*

AND

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,** AND **LINDA M. KING,**
*Defendants-Appellees.*

————————————

2014-1505

————————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-01417-CMH-IDD, Senior Judge Claude M. Hilton.

————————————

PER CURIAM.

# O R D E R

On July 24, 2014, this court dismissed-in-part and affirmed-in-part the above-captioned appeals. Mr. Potter has now filed a "Motion for an Order to Show Cause," a "Motion to Challenge Jurisdiction in the United States Court of Appeals for the Federal Circuit," and a "Motion for Relief from Judgment."

To the extent that Mr. Potter is seeking reconsideration of this court's July 24, 2014 order, he has not shown entitlement to relief.

Accordingly,

POTTER v. BREN                                                3

IT IS ORDERED THAT:

All pending motions are denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s30